# SEALED

Office of the United States Attorney
District of Nevada
Lloyd D. George Federal Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

ORIGINAL

FILED ✓ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

2010 JUN 22 A 9: 29

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY_____DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | 2:10-CR-230-LDG (RJJ) |
| JUDY A. CHU-BRITT, | |
| Defendant. | |

### ORDER OF FORFEITURE

On June 4, 2010, defendant JUDY A. CHU-BRITT pled guilty to a One-Count Criminal Information charging her with Conspiracy to Commit Bank Fraud in violation of Title 18, United States Code, Section 1349 and agreed to the forfeiture of property set forth in the Forfeiture Allegations in the Criminal Information.

This Court finds that JUDY A. CHU-BRITT shall pay a criminal forfeiture money judgment of $38,093.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

. . .

. . .

. . .

. . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from JUDY A. CHU-BRITT a criminal forfeiture money judgment in the amount of $38,093.00 in United States Currency.

DATED this 29 day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE