DANIEL G. BOGDEN
United States Attorney
BRIAN PUGH
SARAH E. GRISWOLD
Assistant United States Attorneys
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

2013 JUL 22   A 10: 43

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JUDY A. CHU-BRITT )<br>)<br>Defendant. )<br>)<br>_____ ) | Case No.: 2:10-cr-230-LDG-GWF<br><br>**GOVERNMENT'S UNOPPOSED<br>MOTION TO UNSEAL CASE** |

   The United States, by and through Daniel G. Bogden, United States Attorney, District of Nevada, and Brian Pugh and Sarah E. Griswold, Assistant United States Attorneys, hereby moves to unseal this case. The reasons for the case to be sealed no longer exist. Defense counsel does not oppose this request. Accordingly, the United States requests that this case and the filed documents previously sealed now be unsealed, including but not limited to the criminal information, plea memorandum, change of plea minutes, and change of plea order of forfeiture.

   DATED this 19th day of July, 2013.

Respectfully Submitted,

DANIEL G. BOGDEN
United States Attorney

BRIAN PUGH
SARAH E. GRISWOLD
Assistant United States Attorneys

ORDER

IT IS SO ORDERED.
DATED this ____ day of July, 2013.

_____
Lloyd D. George
Sr. U.S. District Judge