FILED _____     _____ RECEIVED
ENTERED _____   _____ SERVED ON
            COUNSEL/PARTIES OF RECORD

SEP 2 5 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,          )
                                   )
          Plaintiff,               )
                                   )
     v.                            )   2:10-CR-230-LDG-(GWF)
                                   )
JUDY A. CHU-BRITT,                 )
                                   )
          Defendant.               )

### ORDER OF FORFEITURE

This Court found on June 29, 2010, that JUDY A. CHU-BRITT shall pay a criminal forfeiture money judgment of $38,093 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p). Criminal Information, ECF No. 3; Plea Memorandum, ECF No. 5; Order of Forfeiture, ECF No. 12.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from JUDY A. CHU-BRITT a criminal forfeiture money judgment in the amount of $38,093 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

DATED this 25th day of Sept. 2013.

_____
UNITED STATES DISTRICT JUDGE